JS-6

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

GABRIEL A. ZUNIGA,

                  Petitioner,

    v.

C. PFEIFFER, Warden,

                  Respondent.

Case No. 5:19-cv-01315-MWF (AFM)

**JUDGMENT**

This matter came before the Court on the Petition of GABRIEL A. ZUNIGA, for a writ of habeas corpus. Having reviewed the Petition and supporting papers, and having accepted the findings and recommendation of the United States Magistrate Judge,

IT IS ORDERED AND ADJUDGED that the Petition is denied and the action is dismissed with prejudice.

DATED: March 16, 2020

_____
MICHAEL W. FITZGERALD
UNITED STATES DISTRICT JUDGE